UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Renate Schulze**, in individual and representative capacity as trustee of the Schulze Survivor's Trust; **Frank Schulze**, in individual and representative capacity as trustee of the Schulze Survivor's Trust; and Does 1-10, <br><br> Defendants. | Case: No. 4:19-CV-06473-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include February 19, 2020.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 12/19/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE