UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Renate Schulze,** in individual and representative capacity as trustee of the Schulze Survivor's Trust;
**Frank Schulze,** in individual and representative capacity as trustee of the Schulze Survivor's Trust; and Does 1-10,

    Defendants.

Case: No. 4:19-cv-06473-HSG

[proposed] Order

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

    The ADR proceeding presently scheduled in this matter may be conducted via teleconference to minimize exposure to COVID-19.

IT IS SO ORDERED.

Dated:   4/15/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES JUDGE